Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Matthew A. Stone
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 10 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL TRAVIS JOHNSON,

    Defendant.

1:21-CR-2031-SMJ

INDICTMENT

Vio.: 18 U.S.C. § 472
Uttering Counterfeit Obligations
or Securities

18 U.S.C. § 982(a)(2)(B);
18 U.S.C. § 492; 28 U.S.C.
§ 2461(c)
Forfeiture Allegations

The Grand Jury charges:

On or about November 3, 2020, in the Eastern District of Washington, the Defendant, MICHAEL TRAVIS JOHNSON, with the intent to defraud, did pass and utter to J.W. approximately 38 counterfeit $100 Federal Reserve Notes, bearing various serial numbers, including:

- One $100 Federal Reserve Note bearing Serial No. PK36265906A;
- One $100 Federal Reserve Note bearing Serial No. LB84979786D;
- Two $100 Federal Reserve Notes bearing Serial No. PK36265910A;
- Two $100 Federal Reserve Notes bearing Serial No. PK36265908A;

INDICTMENT – 1

- Two $100 Federal Reserve Notes bearing Serial No. ML88237220D;
- Two $100 Federal Reserve Notes bearing Serial No. MB5162865H;
- Two $100 Federal Reserve Notes bearing Serial No. LL31960466H;
- Two $100 Federal Reserve Notes bearing Serial No. PK36265907A;
- Four $100 Federal Reserve Notes bearing Serial No. LD76417211B;
- Ten $100 Federal Reserve Notes bearing Serial No. PK1154262A; and
- Ten $100 Federal Reserve Notes bearing Serial No. PK36265911A;

all of which MICHAEL TRAVIS JOHNSON knew to be falsely made and counterfeit; all in violation of 18 U.S.C. § 472.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of an offense in violation of 18 U.S.C. § 472, as set forth in this Indictment, the Defendant MICHAEL TRAVIS JOHNSON, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation.

If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c) upon conviction of an offense in violation of 18 U.S.C. § 472, as set forth in this Indictment, the Defendant, MICHAEL TRAVIS JOHNSON, shall forfeit to the United States of America all counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. § 472, and, any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the Defendant without proper authority.

DATED this 10th day of August, 2021.

A TRUE BILL

Joseph H. Harrington
Acting United States Attorney

Thomas J. Hanlon
Supervisory Assistant United States Attorney

Matthew A. Stone
Assistant United States Attorney

INDICTMENT – 3